# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DUSTIN T. SCHRADER, : No. 98 WM 2018
:
Petitioner :
:
v. :
:
:
:
MUNICIPALITY OF PITTSBURGH, :
PITTSBURGH PARKING AUTHORITY, :
COURT OF COMMON PLEAS: :
SUMMARY APPEAL, :
:
Respondents

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus: Quo Warranto" is DENIED.

    Justice Todd did not participate in the consideration or decision of this matter.